1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10
11  QIMING WANG,                              No. CV 25-983-E
12          Plaintiff,
13      v.                                    JUDGMENT
14  KRISTI NOEM, ET AL.,
15          Defendants.
16
17
18          Pursuant to the "Order Re Motion to Dismiss,"
19
20          IT IS ADJUDGED that the action is dismissed without leave to amend and with
21  prejudice.
22
23          DATED:  July 30 2025.
24
25
26                                          _____
                                            CHARLES F. EICK
27                                          UNITED STATES MAGISTRATE JUDGE
28